# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00648-CR

**Michael Keith Keyes, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-DC-15-100175, THE HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michael Keith Keyes seeks to appeal a judgment of community supervision for theft. *See* Tex. Penal Code § 31.03. The trial court has certified that this is a plea-bargain case and Keyes has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Michael Toth, Justice

Before Chief Justice Rose, Justices Field and Toth

Dismissed for Want of Jurisdiction

Filed: October 9, 2018

Do Not Publish